IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,       *
                                *
        v.                      *   CR 116-079
                                *
MIKE ARTHUR LAMBERT,            *
                                *
        Defendant.              *

O R D E R

Before the Court is Defendant's motion to suppress. (Doc. No. 14.) On October 20, 2016, Defendant appeared with counsel before the United States Magistrate Judge for arraignment. (Doc. No. 7.) In accordance with his oral instructions at the arraignment, the Magistrate Judge entered a scheduling order on October 20, 2016 requiring all pretrial motions to be filed within fourteen days of the arraignment (*i.e.*, by no later than November 3, 2016).[1] (Doc. No. 9.) No pretrial motions were filed prior to the aforementioned deadline. On November 22, 2016, the Court noticed this case for jury selection and trial assignment to begin on December 19, 2016. (Doc. No. 13.)

---

[1] In the scheduling order, the Magistrate Judge ordered that "[p]retrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court." (Doc. No. 9, at 1.)

On December 7, 2016, Defendant filed his present motion to suppress, seeking to challenge the validity of a search warrant and suppress certain contraband found following the execution of the allegedly invalid search warrant and requesting an evidentiary hearing thereon. (Doc. No. 14.) Defendant's motion to suppress is a pretrial motion. Defendant has not sought leave of Court prior to filing his present motion. Nor has Defendant set forth in his motion or any other filing a showing of good cause - let alone any cause - for his untimely filing. Further, the Government's time to respond to Defendant's motion does not expire until after the presently-scheduled trial date in this case. (See Doc. No. 9, at 1 ("The government shall have fourteen days to respond to any defense motion....").) Moreover, Defendant's motion is deficient in that it fails to provide citations in support of its factual assertions. See LCrR 12.1, SDGa ("Every factual assertion in a motion, response, or brief shall be supported by a citation to the pertinent page in the existing record or in any affidavit, discovery material, or other evidence filed with the motion.") Indeed, Defendant has even failed to attach as an exhibit to his motion a copy of the warrant that he seeks to challenge. Finally, Defendant's motion contains an improper case caption. (Doc. No. 14, at 1 ("State of Georgia v. Mike Arthur Lambert." (emphasis added)).)

Accordingly, upon due consideration and out of an abundance of caution, **IT IS HEREBY ORDERED** that Defendant **SHALL, by the close of business on Thursday, December 15, 2016:** (1) file a motion seeking leave of Court to file Defendant's motion to suppress, wherein Defendant shall set forth cause for his untimely filing; (2) file a motion to continue the trial presently set for December 19, 2016; (3) file an amended and restated motion to suppress so as to correct the case caption and include citations to the existing record or any affidavit, discovery material, or other evidence to be filed with the motion; and (4) to the extent that Defendant's amended and restated motion to suppress relies upon allegations of fact not supported by the existing record, file supporting affidavits. The Government **SHALL** have fourteen (14) days from the date Defendant files his amended and restated motion to suppress to respond to the aforementioned motion. Defendant's failure to fully and timely comply with this Order **SHALL** constitute an abandonment of his motion to suppress (doc. no. 14) and any relief sought therein.[2]

---

[2] Accordingly, the Clerk is **DIRECTED** to **TERMINATE** Defendant's present motion to suppress (doc. no. 14).

**ORDER ENTERED** at Augusta, Georgia, this 8th day of December, 2016.

/s/ Dudley H. Bowen, Jr.
UNITED STATES DISTRICT JUDGE