FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 24 PM 3:07
CLERK _____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION and DUBLIN DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
November 8, 2018 through November 12, 2018

Case Nos.: CR116-079, M. Lambert
CR118-032, M. Williams

CR318-007, T. Coney, et. al.

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of November 8, 2018 through November 12, 2018, for an out-of-state family vacation; same is hereby GRANTED.

This 24th day of October, 2018.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA